BOWMAN AND BROOKE LLP
Richard L. Stuhlbarg (SBN 180631)
richard.stuhlbarg@bowmanandbrooke.com
Jordan S. Tabak (SBN 261280)
Jordan.tabak@bowmanandbrooke.com
Michael Chung (SBN 243204)
michael.chung@bowmanandbrooke.com
970 West 190th Street, Suite 700
Torrance, CA 90502
Tel: 310.768.3068
Fax: 310.719.1019

Attorneys for Defendant, FCA US LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MICHAEL RAY TARBET, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC, a limited liability company; and DOES 1 through 30, inclusive,<br><br>Defendants. | **Case No. CV 19-2997-GW-PLAx**<br>(Removed from Santa Barbara County Superior Court - Case No. 19CV01254)<br><br>Assigned to Hon. George H. Wu<br><br>**ORDER ON STIPULATION TO DISMISS**<br><br>Action Filed: March 8, 2019<br>Trial Date: February 25, 2020 |

## **ORDER**

Pursuant to the Parties' Stipulation to Dismiss, this matter is hereby dismissed with prejudice.

Dated: December 4, 2019

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE